[No. 6913–1.   Division One.   November 13, 1979.]

ELIZABETH L. HARGIS, *Appellant,* v. THE STATE OF
WASHINGTON, ET AL, *Respondents.*

Review of a judgment of the Superior Court for King County, No. 785180, Philip H. Faris, J., entered August 10, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Callow, C.J., and Dore, J.

[No. 7171–1.   Division One.   November 13, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER
E. LUNDE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9952, Marshall Forrest, J., entered November 21, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Ringold, J.

[No. 7172–1.   Division One.   November 13, 1979.]

RANDY KUCHENREUTHER, ET AL, *Appellants,* v. WHATCOM
COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 56293, John F. Wilson, J., entered January 3, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, C.J., and Ringold, J.

[No. 3143–3.   Division Three.   November 15, 1979.]

MATTHEW FRY, ET AL, *Appellants,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 69362, Yancey Reser, J., entered October 11, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.